IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
2009 DEC 18 PM 2:56
CLERK, US
BANKRUPTCY COURT
TOLEDO, OHIO

IN RE:

STEVEN D. HARMON
LESLIE A. HARMON

\*   CASE NO. 07-32923-W
\*   JUDGE MARY ANN WHIPPLE
\*   William L. Swope, Esq.
\*   221 S. Main Street
\*   Findlay, OH 45840
\*   (419) 422-0288
\*   Sup. Ct. #0029538

REPORT ON DIVIDENDS OF LESS THAT FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named debtor(s), do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Amount |
|---|---|
| DEBT RECOVERY SOLUTIONS<br>PO Box 1307<br>Mansfield, OH 44901 | $ 3.98 |
| Memorial Hospital of Union County<br>PO Box 931316<br>Cleveland, OH 44193-1316 | $ 4.61 |
| Frederick C. Smith Clinic<br>1040 Delaware Avenue<br>Marion, OH 43302 | $ 1.35 |
|  | $9.94 |

A check for $9.94 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Date: December 14, 2009

William L. Swope
Trustee